54 F.3d 768
 Germantown Seventh-Day Adventist Church
v.
Philadelphia Zoning Board of Adjustment, Philadelphia
Department of Licenses and Inspections, Philadelphia City
Planning Commission, City of Philadelphia, Benett Levin,
Commissioner of Department of Licenses and Inspections,
Anthony Pugliese, Chief, Permit Issuance - Department of
Licenses and Inspections, Robert Vance, Esquire, Chairman of
Philadelphia Planning Commission
 NO. 94-1889
 United States Court of Appeals,
Third Circuit.
 Apr 04, 1995
 
 Appeal From: E.D.Pa., No. 94-cv-01633,
 Bartle, J.
 
 
 1
 AFFIRMED.